**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DEBORAH PYCZYNSKI,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-802-Orl-22KRS**

**KIRKLAND'S STORES, INC., and**
**KIRKLAND'S STORES, INC. d/b/a: Briar Patch,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on Plaintiff's Motion for Attorney's Fees and Costs (Doc. No. 34) filed on October 12, 2007.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 7, 2008 (Doc. No. 43) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Attorney's Fees and Costs (Doc. No. 34) is **GRANTED in part**.

3. Defendants, jointly and severally, shall pay Plaintiff $3,827.50 in attorneys' fees and $465.00 in costs, for a total sum of **$4,292.50**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 26, 2008.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party